**Michael A. SCOTT, Plaintiff–Appellant,**

v.

**Henry Coke MORGAN, Jr., Defendant–Appellee.**

No. 01–1933.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Michael A. Scott, pro se. Richard Parker, Office of the United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael A. Scott appeals the district court judgment granting Judge Henry Coke Morgan, Jr.'s motion to dismiss for failing to state a claim and dismissing the complaint. We have reviewed the record and the district court's order and opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Scott v. Morgan*, CA–00–895–2 (E.D.Va. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*